UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFF WILLIAMS<br><br>*Plaintiff*<br><br><br>v.<br><br>BARKSDALE SCHOOL PORTRAITS LLC d/b/a HOCKMEYER WITH BARKSDALE, WAYNE BARKSDALE, individually, AND SUSAN SHERIDAN BARKSDALE, individually.<br><br>*Defendants*. | Civil Action No. 1:20-cv-11640-IT.<br><br>CONSOLIDATED FOR LIMITED PURPOSES *WITH* CIVIL ACTION NO. 1:20-cv-11393 |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned hereby withdraws as counsel for plaintiff Jeff Williams and joined- cross-defendants in this matter.

 

Respectfully submitted,
**ELIZABETH HOCKMEYER WILLIAMS AND E-LLUMINATIONS**
By their counsel,

Dated: June 10, 2021

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin, Esq. (BBO #629216)
Kenton J. Villano, Esq. (BBO #685959)
O'HAGAN MEYER, PLLC
111 Huntington Avenue, Suite 2860
Boston, Massachusetts 02199
(617) 843-6800
jrosin@ohaganmyer.com
kvillano@ohaganmeyer.com

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 10, 2021, a true copy of the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties who have appearances as of the time of this filing by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin, Esq.